UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE ROBERTSON, on behalf of herself and all others similarly situated,

        Plaintiff,

-against-

Mestiza New York, Inc.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2023

23 Civ. 5122 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On June 22, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by August 15, 2023. ECF No. 7. Those submissions are now overdue. To date, Plaintiff has not filed proof of service on Defendant, and Defendant has not appeared in this action.

Accordingly, by **September 18, 2023**, the parties shall submit their joint letter and proposed case management plan, or Plaintiff shall advise the Court of her intentions with respect to the continuation of this action.

SO ORDERED.

Dated: August 17, 2023
      New York, New York

                                                        ANALISA TORRES
                                            United States District Judge